

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2021

No. 04-21-00299-CV

**IN RE** Douglas C. **GLENEWINKEL** and Ward A. Glenewinkel, Relator(s)

Original Proceeding[1]

### ORDER

On July 26, 2021, relators filed a petition for writ of mandamus and a motion for temporary relief, which this court granted on July 29, 2021. The real parties in interest filed a response to which relators replied. After considering the petition and the record, this court concludes relators did not show they are entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a).

The stay issued on July 29, 2021 is LIFTED.

It is so **ORDERED** on September 29, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 21-0921-CV-E, styled *Douglas C. Glenewinkel and Ward. A. Glenewinkel v. Marvin W. Kraft, Jr., Jeffrey Marvin Kraft and Craig W. Hall*, pending in the 456th District Court, Guadalupe County, Texas, the Honorable Heather H. Wright presiding.